No. 908, Misc. HARRIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin* for the United States.

No. 909, Misc. BOBBITT *v.* ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 922, Misc. PENNEY *v.* CALIFORNIA ADULT AUTHORITY ET AL. Supreme Court of California. Certiorari denied.

No. 6, Misc. JONES *v.* ALVIS, WARDEN. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, and for other relief denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 433, Misc. DOWNS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 492, October Term, 1957. FLORA *v.* UNITED STATES, 357 U. S. 63. The petition for rehearing is granted and the case is restored to the docket for reargument. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 357. AMERICAN LIFE & ACCIDENT INSURANCE CO. ET AL. *v.* FEDERAL TRADE COMMISSION, 358 U. S. 875. Motion for leave to file petition for rehearing denied.